**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,                          Case Number: 06-14849
                Plaintiff,

                                                Honorable: John Corbett O'Meara

                                                Claim Number: C-75711/C-75712

PAMELA L. KEYES,
                Defendant,

---

**ORDER FOR ENTRY OF CONSENT JUDGMENT**

      Upon the stipulation of PAMELA S. RITTER, attorney for the UNITED STATES OF AMERICA, plaintiff herein,

      IT IS HEREBY ORDERED that Judgment is entered in favor the UNITED STATES OF AMERICA, and against PAMELA L. KEYES, in the principal amount of **$2,638.48 for Claim C-75711** and **$2,184.67 for Claim C-75712** plus prejudgment interest from the date of default of date of judgment together with post-judgment interest pursuant to 28 U.S. C 1961, for a total balance owing as of December 12, 2006 **$8,825.59.**

      IT IS FURTHER ORDERED that the Defendant, PAMELA L. KEYES, may satisfy said Judgment by making monthly payments of $65.00 beginning January 9, 2007.  Payments are to continue until the full amount of the Judgment including damages and post judgment interest is paid in full.  As long as the Defendant is in substantial compliance with this partial payment provision, no process shall issue for the enforcement of the Judgment.

      IT IS FURTHER ORDERED that if the Defendant shall fail to make one single payment within ten (10) days of its due date, it will be deemed that the Defendant is not in substantial compliance with the partial payment provisions of this Judgment, and such partial payment provisions as contained herein shall be terminated and held for naught, and the Plaintiff may issue any process for the enforcement of this Judgment.

Dated: December 13, 2006                                    s/John Corbett O'Meara
                                                                    United States District Judge